## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-220 (RC) |
| | : | |
| NEKKO KALLUM JOHNSON, | : | Re Document No.: 42 |
| | : | |
| Defendant. | : | |

## ORDER

### ADOPTING THE MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

This action arose out of Defendant Nekko Kallum Johnson's violations of the conditions of his supervised release and comes before the Court on Magistrate Judge Harvey's Report and Recommendation, ECF No. 42, resolving the U.S. Probation Office's petition, ECF No. 36. Judge Harvey's Report and Recommendation was submitted to the Court on July 1, 2025. Both Defendant and the government have filed notices of non-objection to Judge Harvey's report and recommendation, ECF Nos. 43 and 44.

Upon consideration of the Report and Recommendation submitted to this Court by Judge Harvey, ECF No. 42, and no objections thereto having been made, it is ordered that the Report and Recommendation submitted by Judge Harvey and the findings made therein are hereby adopted in total as the opinion of this Court. The Court finds that Mr. Johnson violated his supervised release conditions as described by the U.S. Probation Office by: possessing and using a controlled substance (marijuana) on August 6, 2024; failing to report to his substance abuse treatment assessment and to his mental health treatment assessment on August 21, 2024, and September 10, 2024; failing to participate in an educational service program and in a vocational service program on August 6, 2024; failing to report to his probation officer on August 27, 2024, September 3, 2024, September 10, 2024, September 17, 2024, September 24, 2024, and

September 27, 2024; and changing his abode without prior approval on or about September 26, 2024. *See* ECF No. 36 at 1–3.

Therefore, the Court **ORDERS** that Defendant's supervised release be revoked, and that he is further sentenced to time served. The Court **FURHTER ORDERS** that Defendant be sentenced to a term of supervised released calculated to end on August 1, 2027.

**SO ORDERED**.

Dated: July 2, 2025

RUDOLPH CONTRERAS
United States District Judge